■ ANDRE J. MELETTE, Appellant, v STATE OF NEW YORK, Respondent.—Appeal from an order of the Court of Claims (Silverman, J.), entered October 16, 1989, which granted the State's motion to dismiss the claim.

Since claimant seeks to recover damages for wrongful confinement imposed as the result of a prison disciplinary proceeding, the claim was properly dismissed on the ground of absolute immunity *(see, Arteaga v State of New York,* 72 NY2d 212).

Order affirmed, without costs. Kane, J. P., Casey, Weiss, Mikoll and Harvey, JJ., concur.